# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2016

153501-2

ADAM HEICHEL,
        Plaintiff,

and

ST. JOHN MACOMB-OAKLAND HOSPITAL,
        Intervening Plaintiff-Appellee,

and

MENDELSON ORTHOPEDICS, P.C.,
        Intervening Plaintiff,

v

GEICO INDEMNITY COMPANY,
        Defendant/Third-Party
        Plaintiff-Appellant,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant-Appellant,

and

EAN HOLDINGS, INC. and ENTERPRISE
HOLDINGS, INC.,
        Defendants/Third-Party
        Defendants-Appellees.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153501-2
COA: 323818; 324045
Wayne CC: 12-003780-NF

      On order of the Court, the application for leave to appeal the March 1, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016



Clerk

d1212